DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**SAMULE K. LIPARI,**

        **Plaintiff,**

    **v.**                                      **Case No.  07-2146-CM-DJW**

**U. S. BANCORP, N A, et al.,**

        **Defendant.**

## ORDER

The Court hereby grants Dennis Hawver's Motion to Withdraw (doc. 45).  Dennis Hawver is hereby withdrawn as counsel for Plaintiff Samuel K. Lipari.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 2nd day of January 2008.

                                                                    s/ David J. Waxse  
                                                                      David J. Waxse  
                                                                      U.S. Magistrate Judge

cc:    All counsel and *pro se* parties